UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CARLOS HUGO ROJAS** | * | **CIVIL ACTION NO. 2:15-cv-1839** |
| B.O.P. #67990-079 | * | SECTION P |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| **WARDEN CLAY** | * | **MAGISTRATE JUDGE KAY** |

**********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus that constitutes civil rights claims is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to Rojas' ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, this 21 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE